Shallcross and Others *v.* The City of Jeffersonville.

The judgment is. reversed, with costs, and the cause remanded.

*D. Mace*, for appellant.

*A. J. Roush*, for appellee.

———○———

SHALLCROSS and Others *v.* THE CITY OF JEFFERSONVILLE.

CITIES.—FERRIES.—The general law for the incorporation of cities does not authorize the common council to require the owner or keeper of a ferry within the city limits to take out a license from the city authorities.

APPEAL from the *Clarke* Circuit Court.

ELLIOTT, J.—The appellants were prosecuted in the mayor's court of the city of *Jeffersonville* for keeping a ferry and ferry boat on the *Ohio* river, and ferrying persons across said river for pay, from a point within the corporate limits of the city, without having first procured a license therefor from the common council of said city

Judgment was rendered against the appellants, and they appealed to the Circuit Court. In the latter court, judg-

ment was again rendered against them, for $20 and costs, to which they excepted, and appeal to this court.

The case comes directly within the decision of this court in the case of *Duckwall et al.* v. *The City of New Albany*, 25 Ind. 283, in which it was held that the act for the incorporation of cities did not authorize them to require the owners and keepers of ferries within the city limits to procure a license from the city authorities. The judgment must therefore be reversed.

The judgment is reversed, with costs.

*R. Crawford*, for appellant.

*T. L. Smith, M. C. Kerr* and *C. L. Dunham*, for appellee.